(Rev. 10/2002) Complaint

06-22746

# UNITED STATES DISTRICT COURT
## Southern District of Florida

CIV-SEITZ

Case Number: _____

Calvin Clarence Reed, in his individual Capacity d/b/a C.C. Reed for Governor Campaign, a Florida registered political campaign

/ McALILEY

Plaintiff(s)

v.

Division of Elections
Sue M. Cobb, Secretary
of State

Defendant(s)

## COMPLAINT

I, Calvin Clarence Reed, plaintiff, in the above styled cause, sues defendant(s): Division of Elections, Sue M. Cobb, Secretary of State.

*(Allegation of jurisdiction, i.e., under which federal law or section of the U.S. Constitution this action is being filed - refer to Appendix B for a list)*

This action is filed under: the United States Civil Statute 5 USC 7703 with the brief description of Discrimination-Review of Agency Act. In 2006, we will not allow our votes to be taken for granted by either the Democratic or the Republican Parties. Gubernatorial Candidate Calvin Clarence Reed b/k/a C.C. Reed for Governor, a Florida registered political campaign, generated more than enough votes to become the next new Governor of the State of Florida. Write-in votes are not accepted like the other votes casted in the General Election. Write-in C.C. Reed is the longest running candidate since January, 1990. On the Internet, the website, www.electccreed.com was visited by over 30 millions in 16 years. Now, we know why they barred us, taxpaying, concerned voting citizens, out of the debates and the news media. No more

(Rev. 10/2002) Complaint

*(Statement of Facts)*

politics. Now, it is people-tics. It is time for a change, right now. We have the facts and more than enough evidence to state our claim of discrimation by creed and race and sex. Write in C.C. Reed has not been sold to the rich or paid for by special interests in 16 years of campaigning to become the next new Governor of the State of Florida. We have come this far by faith. The present system of government is for the governed and not the governing. The electronic voting machines were programed against write in C.C. Reed for Governor Campaign, a Florida registered political campaign. Not only did the Division of Elections not recognize and report the write-in votes casted for the election of C.C. Reed as Governor of the State of Florida, the news media followed the same. 16 years is enough ignorance of our votes. History has shown all of us that people who are in charge are only looking out for themselves and not in the best interests of the people who are struggling and trying hard to make ends meet. By dollars, the rich leads. By numbers, the poor leads. Knowledge is our Power and Unity is our Strength. Now, it is our time to make these difficult times change to our advantages. We must go back to basics. Education is the key to our success. The best teacher is self-experience. We have been down too long. Now, it is our time to lead over our present system of City, County, State, and National governments. We are the difference. Voting or not voting is not only a matter of employment, education, and business opportunities, but of life and death. C.C. Reed received write-in votes from registered voters, Democrats, Republicans, Independents, and no party affiliations. We are sick and tired of being victims of circumstances. Please, no more pleas of Conveniences for our civil rights. Write-in votes were never considered serious enough to make a difference in the elections of 1994, 1998, and 2002. All of our votes must be accounted for. Hello!!!

(Rev. 10/2002) Complaint

*(Relief request, i.e., State what you want the Court to do or award)*

Wherefore, We, the People, for the People, by the People, and of the People prays this Honorable Court grants an emergency preliminary injunction upon the results and the discrimination of the unfair reporting of the total votes that were casted for the election of Governor of the State of Florida. Each and every vote must be accounted for all of the Gubernatorial Candidates that were qualified no later than Noon, July 21, 2006 at the Division of Elections, Bureau of Election Records, R.A. Gray Building, Room 316, 500 South Bronough Street, Tallahassee, Florida, 32399-0250. Write in Gubernatorial Candidate, C.C. Reed, demand a trial by jury and asks for this Honorable Court to accept and review all of the write in votes that were casted to determine Calvin Clarence Reed, better known as C.C. Reed, as the next new Governor of the State of Florida. They, the Division of Elections, created the problems. Now, we will solve the problems. Experience is the best teacher. Remember, the children are our future. There really is hope in our votes. We won over the powers of the rich and the special interests. So let it be written, so let it be done. Right now, it is our way. Hello, World!!! We are coming through, alive, and in living colors. Let Justice be served, please?

Signed this **seventh** day of **November**, 20 **06**.

**Calvin Clarence Reed**
Printed or typed name of Filer

Signature of Filer

**None**
Florida Bar Number

**ccreedgovernor06@yahoo.com**
E-mail address

**(305) 241-7614**
Phone Number

**(305) 373-4907**
Facsimile Number

**1601 N.W. First Court, Suite 201**
Street Address

**Miami, Florida 33136-1952**
City, State, Zip Code



# Florida Department of State
# Division of Elections

## Candidates For The 2006 General Election
## Governor

| Candidate | Status | Primary | Runoff | General |
|---|---|---|---|---|
| Behm, Karl C.C. (NPA)/ Castagnero, Carol | Qualified | | | |
| Blass, Piotr (WRI)/ Gallo, Jinamarie | Qualified | | | |
| Burkett, Glenn (DEM) | Defeated | Eliminated | | |
| Castagnero, Carol (DEM) | Defeated | Eliminated | | |
| Crist, Charlie (REP)/ Kottkamp, Jeff | Qualified | Won | | |
| Crotty, John M. (DEM) | Defeated | Eliminated | | |
| Davis, Jim (DEM)/ Jones, Daryl L. | Qualified | Won | | |
| Dembinsky, Richard Paul (NPA)/ Smith, Dr. Joe | Qualified | | | |
| Gallagher, Tom (REP) | Defeated | Eliminated | | |
| Linn, Max (REF)/ Macklin, Tom | Qualified | | | |
| Musa, Omari (WRI)/ Brickley, Ellen | Qualified | | | |
| Palmer, Vernon (REP) | Defeated | Eliminated | | |
| Reed, C. C. (WRI)/ T, Mr. | Qualified | | | |
| Smith, John Wayne (NPA)/ Kearney, James J. | Qualified | | | |
| Smith, Rod (DEM) | Defeated | Eliminated | | |
| St. Jean, Michael W. (REP) | Defeated | Eliminated | | |

Query the Campaign Finance Data Base

[Department of State] [Division of Elections] [Candidates and Races]

# Florida Department of State
## Division of Elections

### 2006 General Election

**C. C. Reed (WRI)**
**Governor**



**Mr. T (WRI)**
**Lt Governor**



**ADDRESS:**
1601 NW First Court, Suite 201
1-877-666-9126
Miami, FL 33136
**PHONE:** (305)241-7333
**DATE FILED:** 05/14/2003
**DATE QUALIFIED:** 07/20/2006
**METHOD:**
**STATUS:** Qualified

**ADDRESS:**
490 NE Second Avenue, #1011
Miami, FL 33132
(305)373-5546

**Campaign Treasurer:**
Fred Robby
490 NE Second Avenue, #1011
Miami, FL 33132

**CANDIDATE STATEMENT:**

**Note:** *The candidate's statement was supplied by the candidate and has not been edited or endorsed by the Department of State!*

All of us shall not be judged by the color of our skin, but by the content of our character. We were created separate, but equal. People can identify when you have gone through the same things as they have. We are the products of Social Security Disability, recipients of USA Medicare, Florida Medicaid, and Food Stamps.

Been through waiting for Worker's and Unemployment Compensations and medical attention @ several clinics and hospitals. Been falsely and totally wrongly Baker Acted and imprisoned for crimes politically motivated against the election of us for GOVERNOR in 1994, 1998, and 2002. HELLO!!!!!

Web address: www.electccreed.com
Email address: ccreed6@hotmail.com



Campaign Finance Activity

Query the Campaign Finance Data Base

[Department of State] [Division of Elections] [Candidates and Races]

**The Miami Herald**
**Herald.com**

Posted on Sat, Oct. 28, 2006

ELECTIONS

# Glitches cited in early voting

**Early voters are urged to cast their ballots with care following scattered reports of problems with heavily used machines.**

BY CHARLES RABIN AND DARRAN SIMON
dsimon@MiamiHerald.com

After a week of early voting, a handful of glitches with electronic voting machines have drawn the ire of voters, reassurances from elections supervisors -- and a caution against the careless casting of ballots.

Several South Florida voters say the choices they touched on the electronic screens were not the ones that appeared on the review screen -- the final voting step.

Election officials say they aren't aware of any serious voting issues. But in Broward County, for example, they don't know how widespread the machine problems are because there's no process for poll workers to quickly report minor issues and no central database of machine problems.

In Miami-Dade, incidents are logged and reported daily and recorded in a central database. Problem machines are shut down.

"In the past, Miami-Dade County would send someone to correct the machine on site," said Lester Sola, county supervisor of elections. Now, he said, ``We close the machine down and put a seal on it.''

Debra A. Reed voted with her boss on Wednesday at African-American Research Library and Cultural Center near Fort Lauderdale. Her vote went smoothly, but boss Gary Rudolf called her over to look at what was happening on his machine. He touched the screen for gubernatorial candidate Jim Davis, a Democrat, but the review screen repeatedly registered the Republican, Charlie Crist.

That's exactly the kind of problem that sends conspiracy theorists into high gear -- especially in South Florida, where a history of problems at the polls have made voters particularly skittish.

A poll worker then helped Rudolf, but it took three tries to get it right, Reed said.

"I'm shocked because I really want . . . to trust that the issues with irregularities with voting machines have been resolved," said Reed, a paralegal. ``It worries me because the races are so close.''

Broward Supervisor of Elections spokeswoman Mary Cooney said it's not uncommon for screens on heavily used machines to slip out of sync, making votes register incorrectly. Poll workers are trained to recalibrate them on the spot -- essentially, to realign the video screen with the electronics inside. The 15-step process is outlined in the poll-workers manual.

"It is resolved right there at the early-voting site," Cooney said.

Broward poll workers keep a log of all maintenance done on machines at each site. But the Supervisor of Elections office doesn't see that log until the early voting period ends. And a machine isn't taken out of service unless the poll clerk decides it's a chronic poor performer that can't be fixed.

Cooney said no machines have been removed during early voting, and she is not aware of any serious problems.

In Miami-Dade, two machines have been taken out of service during early voting. No votes were lost, Sola said.

Joan Marek, 60, a Democrat from Hollywood, was also stunned to see Charlie Crist on her ballot review page after voting on Thursday. "Am I on the voting screen again?" she wondered. ``Well, this is too weird.''

Marek corrected her ballot and alerted poll workers at the Hollywood satellite courthouse, who she said told her they'd had previous problems with the same machine.

Poll workers did some work on her machine when she finished voting, Marek said. But no report was made to the Supervisor of Elections office and the machine was not removed, Cooney said.

Workers at the Hollywood poll said there had been no voting problems on Friday.

Mauricio Raponi wanted to vote for Democrats across the board at the Lemon City Library in Miami on Thursday. But each time he hit the button next to the candidate, the Republican choice showed up. Raponi, 53, persevered until the machine worked. Then he alerted a poll worker.

Miami Herald staff writer Linda Topping Streitfeld contributed to this report.

© 2006 MiamiHerald.com and wire service sources. All Rights Reserved.
http://www.miami.com

The Miami Herald
Herald.com

Posted on Tue, Nov. 07, 2006

## Deerfield Beach voters frustrated by bad electronic ballots

By SUSAN MILLER DEGNAN
sdegnan@MiamiHerald.com

Dozens of voters who came to the Deerfield Beach Tower Club Teen Center to cast their votes this morning walked away angry, as 10 of 14 voting booths failed to work -- all of them for voters in District 23A.

"I have two words for them -- paper ballots!" said election volunteer John Miller, 78, who said he has worked at area elections the past 10 years. ``I come from New England and they're still using paper ballots. They have no problems."

Only three people had voted when all 14 machines stopped working. After about 45 minutes, voters in Precinct 26A were able to cast ballots on four machines. But most voters, those in Precinct 23A, were out of luck until about 8:30 a.m., when technicians brought at least some machines back on line.

In the meantime, many would-be voters left, livid.

The problem, according to Broward County Supervisor of Elections technician Charles Barnes and others working there, stemmed from the thick, square piece of hardware, called a PEB, that activates each booth and must be used before each person votes.

"The machines were not calibrated for the 7 a.m. starting time," Barnes said.

Barnes was there at 6 a.m., and was later joined by three others from the Supervisor of Elections office.

"Once in two years voting comes, and on that day the voting machines break down," said Pervaiz Abdullah, 45, the manager of a Subway shop in Wellington. ``It's ridiculous, there's no option for me to come back another time or day. I was supposed to be in at 9 a.m. and now I can't make it until 10:30."

Voting experts say scattered Election Day glitches are not uncommon, regardless of the type of system being used.

Robert Walker, 36, a project manager for a communications contracting company, got to the polling place just after it opened. When he saw the problem, he immediately called Snipes' office to ask for help.

"This is completely, completely unacceptable," Walker said. 'The woman before me in line said, `OK, I'm screwed now. I work in Fort Lauderdale until 9 p.m. I can't come back.' She left."

One police officer, Richard Fortunato, "from a town in Broward County," was being very polite, but said he didn't know if he could hold out. "I worked 16 hours yesterday and I have to be back for another double shift at 2 p.m. today," Fortunato said. ``I'm very tired. We'll see what happens."

Outside the polling place, Cliff Germano, a training director for a local union who was there on behalf of the Florida AFL-CIO, handed out sheets with voting information. He watched people marching in happy and marching out angry.

"The last couple of elections you heard all the horror stories -- people turned away, machines not working," Germano said. ``You would have thought they would have fixed those problems by now."

©2006 MiamiHerald.com and wire service sources. All Rights Reserved.
http://www.miami.com

Minor glitches reported as voters head to polls across Florida

**The Miami Herald**
**Herald.com**

Posted on Tue, Nov. 07, 2006

# Minor glitches reported as voters head to polls across Florida

LAURA WIDES-MUNOZ
Associated Press

**MIAMI** - Some Florida voters encountered minor glitches Tuesday but no major problems were reported as officials hoped that the state's dark days as an election laughingstock were long gone.

State election officials said all but five of Florida's 6,835 precincts opened on time. Secretary of State Sue Cobb said her office had not received any reports of major problems in Florida.

"As of right now things are rolling smoothly. We're not real happy with the weather but it's not so bad and we hope that everybody will go out and vote," she said, alluding to cloudy skies.

Most of the problems reported early Tuesday involved problems with electronic voting machines.

In Broward County, voting was briefly delayed at four precincts after the electronic ballot cartridges were mixed up.

In two precincts, voting was delayed by about half an hour. In the others, located at the same site in Deerfield Beach, voting was delayed over an hour in one case and nearly three hours in another, said Mary Cooney, spokeswoman for the Broward County elections supervisor. Voters were unable to use provisional ballots because they were also on the machines, Cooney said.

A local nonpartisan voter watchdog organization Election Protection said between 50 and 70 people had been turned away and told to come back later.

In the Jacksonville suburb of Orange Park, voters were concerned when one optical scan machine broke, causing a brief backup. Some voters were also confused when they received paper ballots, mistakenly believing the county used ATM-style touch-screen machines.

And in Volusia County, about six precincts reported that their voting machines' memory cards were not working. Officials said it would not affect the votes but that poll workers would have to re-scan the paper ballots through the optical machines.

Most voters reported no trouble.

"It was easy to vote on the machines. I didn't even need my reading glasses," said Gary Goldstein 61, a retired dry-cleaning owner originally from Pittsburgh.

Despite being a midterm election, voter interest was still high this year because Republican Charlie Crist or Democrat Jim Davis will be chosen to replace GOP Gov. Jeb Bush. The balance of power in Congress could also shift because of several House races in Florida.

Iraq, too, was on the minds of many, including 47-year-old Geraldine Anderson of Orlando. "Why are they still there?" she asked of American troops. "Something has to be done."

Mario Georgalas, 41, voted in Miami Beach on his way to work restoring ocean front hotels. "This is my duty. I was in the Navy for six years, that's why I vote," said Georgalas, who supported the Republican ticket because he didn't believe the U.S. should leave Iraq.

"What you start, you should finish," he said.

The state has held several elections without major problems since the lawsuit-tainted debacle in 2000 and a flawed

primary in 2002. Because this year's election was a midterm that typically has fewer voters than in presidential contests, it was expected to be less taxing on election officials.

Cobb said initial projections for turnout were just over 50 percent. Midterm election turnout has averaged 55 percent. The 2004 presidential election had 74 percent turnout.

Cobb noted it was also the first year that every precinct had at least one machine equipped with audio to assist visually impaired voters. Those machines were required under a deadline for the 2002 Help America Vote Act, enacted after the 2000 election.

Apart from the infamous chads and butterfly ballots in the 2000 election, election problems have included poorly trained poll workers, precincts opening late or closing early and trouble tallying votes on electronic machines.

To prevent potential problems, Miami-Dade, Duval, Hillsborough and other counties had extra voting machines, paper ballots and poll workers on standby.

Also to be on the safe side, the Justice Department was sending federal election observers to five Florida counties: Broward, Duval, Hillsborough, Osceola and Palm Beach. Those were some of the hot spots in the 2000 election.

Several voter advocacy groups urged Floridians to be vigilant about ensuring their votes were counted and deployed nonpartisan poll monitors in several counties. A coalition that included People For the American Way Foundation and the NAACP set up a toll-free number and web site for voters to report problems.

**ON THE NET**

People for the American Way Foundation: http://www.MyPollingPlace.com

Common Cause voting blog: http://www.commonblog.com/

© 2006 AP Wire and wire service sources. All Rights Reserved.
http://www.miami.com

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

**I. (a) PLAINTIFFS:** Calvin Clarence Reed, in his individual capacity d/b/a C.C. Reed for Governor Campaign, a Florida registered political Campaign

**(b)** County of Residence of First Listed Plaintiff  Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number): None

**DEFENDANTS:** Division of Elections Sue M. Cobb, Secretary of State

County of Residence of First Listed Defendant  Leon
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

CIV-SEITZ

Attorneys (If Known): McALILEY

**(d)** Check County Where Action Arose: ☒ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  ☐ HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | PERSONAL INJURY ☐ 362 Personal Injury - Med. Malpractice ☐ 365 Personal Injury - Product Liability ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | PERSONAL PROPERTY ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability | LABOR | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | SOCIAL SECURITY ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☒ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 892 Economic Stabilization Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | ☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Re-filed-(see VI below)
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):
a) Re-filed Case ☐ YES ☒ NO      b) Related Cases ☐ YES ☒ NO
JUDGE                                DOCKET NUMBER

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): U.S. Civil Statute: 5 USC 7703
Brief Description: Discrimination - Review of Agency Act
LENGTH OF TRIAL via 4 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Emergency Preliminary Injunction
CHECK YES only if demanded in complaint:  JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE  11-07-06

FOR OFFICE USE ONLY
AMOUNT            RECEIPT #            IFP